DOA
09-22-25

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. **FRANCISCO JAVIER URIBE-BARRAZA,**<br>[DOB: 11/05/1993]<br><br>2. **JOSE ANTONIO GARCIA-CASTRO,**<br>[DOB: 04/04/1976],<br><br>3. **CAMILLO URQUIZA-SANCHEZ AKA REYMUNDO LANDEROS-URQIZA AKA JESUS LOPEZ VASQUEZ**<br>[DOB: 03/05/1970]<br><br>4. **TIMOTHY ALEXANDER HARTSHORN,**<br>[DOB: 10/15/1956],<br><br>5. **PEDRO ALVAREZ,**<br>[DOB: 12/20/2001],<br><br>6. **JOEL MCFERREN BOLLINGER, JR.,**<br>[DOB: 03/10/1976],<br><br>7. **CORY REX WAGERS,**<br>[DOB: 08/20/1972],<br><br>And,<br><br>8. **DUSTIN ROCKY OSBORN,**<br>[DOB: 10/27/1984]<br><br>Defendants. | No.  2:25-CR-04049-SRB<br><br>25-9406 mj<br><br>**COUNTS 1**<br>21 U.S.C. § 846<br>NLT 10 Years/ Imprisonment<br>NMT Life Imprisonment<br>NMT $10,000,000 Fine<br>NLT 5 Years' Supervised Release<br>Class A Felony<br><br>**COUNTS 2 and 3**<br>21 U.S.C. § 841(a)(1) and (b)(1)(A)<br>NLT 10 Years; Imprisonment<br>NMT Life Imprisonment<br>NMT $10,000,000 Fine<br>NLT 5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT 4**<br>21 U.S.C. § 841(a)(1) and (b)(1)(B)<br>NLT 5 Years' Imprisonment<br>NMT 40 Years' Imprisonment<br>NMT $5,000,000 Fine<br>NLT 4 Years' Supervised Release<br>Class B Felony<br><br>$100 Special Assessment (All Counts) |

**Defendants/Counts**
(01) FRANCISCO JAVIER URIBE-BARRAZA: 1
(02) JOSE ANTONIO GARCIA-CASTRO: 1

(03) CAMILLO URQUIZA-SANCHEZ AKA
REYMUNDO LANDEROS-URQIZA AKA
JESUS LOPEZ VASQUEZ: 1
(04) TIMOTHY ALEXANDER HARTSHORN:
1
(05) PEDRO ALVAREZ: 1
(06) JOEL MCFERREN BOLLINGER, JR.: 1,
4
(07) CORY REX WAGERS: 1, 2
(08) DUSTIN ROCKY OSBORN: 1, 3

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
(Conspiracy to Distribute Methamphetamine and Fentanyl)
21 U.S.C. § 846

Beginning on an unknown date, but no later than on or about January 12, 2019, and continuing on until on or about July 3, 2023, said dates being approximate, within Camden County, in the Western District of Missouri, the Eastern District of Missouri, and elsewhere, the defendants, **(01) FRANCISCO JAVIER URIBE-BARRAZA, (02) JOSE ANTONIO GARCIA-CASTRO, (03) CAMILLO URQUIZA-SANCHEZ AKA REYMUNDO LANDEROS-URQIZA AKA JESUS LOPEZ VASQUEZ,** and **(04) TIMOTHY ALEXANDER HARTSHORN, (05) PEDRO ALVAREZ, (06) JOEL MCFERREN BOLLINGER, JR., (07) CORY REX WAGERS, (08) DUSTIN ROCKY OSBORN,** knowingly and intentionally combined, conspired and agreed with each other and others, known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance contrary to the provisions of Title

21, United States Code, Sections 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about August 27, 2020, in Camden County, in the Western District of Missouri, the defendant, **CORY REX WAGERS**, knowingly and intentionally possessed with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 3
(Attempted Possession with Intent to Distribute Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about April 20, 2021, in Camden County, in the Western District of Missouri, the defendant, **JOEL MCFERREN BOLLINGER, JR.**, knowingly and intentionally attempted to possess with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and 846.

## COUNT 4
(Attempted Possession with Intent to Distribute Methamphetamine)
21 U.S.C. §§ 841(a)(1) and (b)(1)(A), 846

On or about August 27, 2020, in Camden County, in the Western District of Missouri, the defendant, **DUSTIN ROCKY OSBORN**, knowingly and intentionally attempted to possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and 846.

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*/s/ Ashley S. Turner*
**Ashley S. Turner**
Assistant United States Attorney
Missouri Bar No. 62314

Dated: September 9, 2025

AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By U.S. Marshals Service at 2:02 pm, Sep 10, 2025

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br><br>PEDRO ALVAREZ(5)<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  25-cr-04049-SRB-05 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Pedro Alvarez(5)                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. § 846    Conspiracy to Distribute Methamphetamine
   21 U.S.C. § 846    Conspiracy to Distribute Fentanyl

Date:  09/09/2025

*Willie J. Epps, Jr.*
Issuing officer's signature

City and state:   Jefferson City, Missouri        Willie J. Epps, Jr., Chief United States Magistrate Judge
                                                  Printed name and title

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
Arresting officer's signature

_____
Printed name and title